Kwadwo Oduroh, Plaintiff-Appellant,
against
Noufou Sawadogo, Defendant-Respondent.



Plaintiff appeals from that portion of a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Bianka Perez, J.), entered on or about November 27, 2018, after trial, as limited his recovery of damages to the principal sum of $750. Per Curiam.




Judgment (Bianka Perez, J.), entered on or about November 27, 2018, affirmed, without costs.
The amount of the damage award issued in plaintiff's favor upon the trial of this small claims action achieved "substantial justice" (CCA 1804, 1807) and was neither inadequate nor unreasonable. Plaintiff failed to establish that defendant agreed to pay him, in addition to the agreed upon rate, additional sums for handling and other fees for shipping an automobile to Ghana.
Although the trial court did not render a decision in conformity with CPLR 4213(b), we find, upon our independent review of the complete record (see Weckstein v Breitbart, 111 AD2d 6, 8 [1985]), that the evidence supports the court's determination. However, we take this opportunity to remind the bench that, even in small claims cases, a trial court must make essential findings of fact in its decision to satisfy the requirements of CPLR 4213(b) (see CCA 1805[a]). That requirement is essential for two reasons. First, it serves to inform the parties "what factual findings are rendered by the court in order for them to understand the court's assessment of disputed facts, and the reasoning behind the court's conclusions of law that flow from those facts" (Mark C. Dillon, 2019 Supp Practice Commentaries, McKinney's Cons Laws of NY, CPLR C4213:2). Second, a statement of facts is often essential for meaningful appellate review (see Cassano v Cassano, 85 NY2d 649, 655 [1995]; Weckstein v Breitbart, 111 AD2d at 7).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 15, 2020